# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CINDY DELGIORNO,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **SANOFI US SERVICES INC., et al.,** | : | |
| *Defendants*. | : | NO. 23-cv-04264 |

## ORDER

**AND NOW**, this 29th day of January 2024, upon consideration of Plaintiff's Motion to Amend Complaint (ECF No. 26), Defendants' Response in Opposition (ECF No. 27), and Defendants' Notice of Supplemental Authority (ECF No. 29), it is hereby **ORDERED** that the Motion (ECF No. 26) is **DENIED.**

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

1